Briefs will be filed under Rule 25.

Misc. No. 13–8008/AR. Shawn M.E. Pelletier, Petitioner v. Colonel Thomas D. Cook, Colonel Theresa A. Gallagher, Lieutenant Colonel Steven P. Haight, United States Army, Respondents. CCA 20100711. On consideration of the petition for extraordinary relief in the nature of a writ of prohibition and Petitioner's motion for a stay of proceedings, it is ordered that said motion is hereby denied, and that said petition for extraordinary relief in the nature of a writ of prohibition is hereby denied.

No. 12–8025/AR. Michael G. New, Appellant v. United States, Appellee. On consideration of Appellant's petition for reconsideration of the Court's order issued on September 10, 2012, it is ordered that said petition for reconsideration is hereby denied.